# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE
# AT CHATTANOOGA

In re: William K. Metts
      Regina Fisher Metts

      Debtors.

No. 07-13912
Chapter 13

## MOTION TO CONTINUE

Come the Debtors, through counsel, and move this Honorable Court to continue the hearing on the Trustee's motion to dismiss from the setting on December 30, 2010, at 9:00 a.m. Debtors' attorney, Ann Mostoller, is today filing a Motion for Discharge on behalf of the debtors with a hearing date of January 13, 2011, at 9:00 a.m., in order to give enough time for notice to creditors. Debtors' attorney would request that the Trustee's Motion to Dismiss above-captioned case be reset to a date after the hearing on the Motion for Discharge.

Respectfully submitted this the 21st day of December, 2010.

      /s/ Ann Mostoller
Ann Mostoller, #001146
Attorney for the Debtors
Mostoller, Stulberg, Whitfield & Allen
136 S. Illinois Ave., Suite 104
Oak Ridge, TN 37830
(865) 482-4466

## C E R T I F I C A T E

I hereby certify that a true copy of the foregoing Motion to Continue was delivered by U.S. mail or electronically to all parties on the attached mailing matrix and delivered electronically to Kenneth Still, Trustee, k.still@epitrustee.com, on this the 21st day of December, 2010.

      /s/ Ann Mostoller
Attorney

BK83

MAILING MATRIX

| | | |
|---|---|---|
| American Express<br>P.O. Box 297871<br>Fort Lauderdale, FL 33329 | American Express Centurion Bank<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701 | Associated Pathologists, PLC<br>c/o Pathgroup<br>P.O. Box 403009<br>Atlanta, GA 30384-3009 |
| B-Real, LLC<br>MS 550<br>PO Box 91121<br>Seattle, WA 98111-9221 | Bank of America<br>P.O. Box 17054<br>Wilmington, DE 19884 | CLC Consumer Services Co.<br>2730 Liberty Avenue<br>Pittsburgh, PA 15222 |
| Capital One<br>P.O. Box 85520<br>Richmond, VA 23285 | Capital One Bank<br>c/o Tsys Debt Mgmt.<br>PO Box 5155<br>Norcross, GA. 30091 | Chase<br>800 Brooksedge Blvd.<br>Westerville, OH 43081 |
| Chase Bank USA, N.A.<br>MS 550<br>PO Box 91121<br>Seattle, WA 98111-9221 | Citi Cards<br>P.O. Box 6241<br>Sioux Falls, SD 57117 | Citi Platinum Select Card<br>P.O. Box 44167<br>Jacksonville, FL 32231-4167 |
| Citifinancial<br>P.O. Box 499<br>Hanover, MD 21076 | Community National Bank<br>c/o Rebecca L. Hicks<br>1374 Railroad Street, Ste 100<br>Dayton, TN 37321 | Discover Bank/DFS Services LLC<br>PO Box 3025<br>New Albany, OH 43054-3025 |
| Erlanger Health System<br>975 E. Third St.<br>Chattanooga, TN 37403 | FIA Card Svcs aka Bk of America<br>by eCAST Settlement Corporation<br>POB 35480<br>Newark NJ 07193-5480 | FIA Card Services, N.A.<br>Attn: Mr. BK<br>1000 Samoset Dr. DE5-023-03-03<br>Newark, DE 19713 |
| FIA Card Svcs/Bank of America<br>c/o Becket Lee LLP<br>POB 3001<br>Malvern PA 19355-0701 | First Premier Bank<br>601 S. Minnesota Ave.<br>Sioux Falls, SD 57104 | GEMB/Banana Rep<br>P.O. Box 981400<br>El Paso, TX 79998 |
| GEMB/Belk<br>P.O. Box 981491<br>El Paso, TX 79998 | GEMB/JC Penney<br>P.O. Box 984100<br>El Paso, TX 79998 | GEMB/Lowe's<br>P.O. Box 103065<br>Roswell, GA 30076 |
| GMAC<br>P.O. Box 130424<br>Roseville, MN 55113 | Galen Medical Group<br>P.O. Box 1030<br>Chattanooga, TN 37401-1030 | HSBC Bank Nevada NA/HSBC Card<br>Svcs III by eCAST Settlement Corp<br>POB 35480<br>Newark NJ 07193-5480 |
| HSBC NV<br>P.O. Box 19360<br>Portland, OR 97280 | HSBC NV<br>P.O. Box 19360<br>Salinas, CA 93901 | J Jill/Citibank South Dakota<br>P.O. Box 9714<br>Gray, TN 37615 |

| | | |
|---|---|---|
| LVNV Funding LLC as assignee of CitiFinancial/Resurgent Capital Svcs<br>PO Box 10587<br>Greenville, SC 29603-0587 | LVNV Funding LLC as assignee of Citibank/Resurgent Capital Svcs<br>PO Box 10587<br>Greenville, SC 29603-0587 | LVNV Funding LLC assignee of Wash Mutual/Resurgent Capital Svcs<br>PO Box 10587<br>Greenville, SC 29603-0587 |
| Nationwide Acceptance Corp.<br>105 Decker Court #725<br>Irving, TX 75062 | Portfolio Recovery Assoc. LLC<br>POB 41067<br>Norfolk, VA 23541 | Premier Bankcard Charter<br>PO Box 2208<br>Vacaville, CA 95696 |
| Sears/Citibank South Dakota<br>P.O. Box 6189<br>Sioux Falls, SD 57117 | Southeast Bank & Trust<br>John R. Hegeman<br>McKoon, Williams & Gold<br>633 Chestnut Street, Ste 1300<br>Chattanooga, TN 37450 | Tri State Orthopedics, P.C.<br>P.O. Box 11266<br>Chattanooga, TN 37401 |
| University Surgical Associates<br>P.O. Box 6097<br>Chattanooga, TN 37401-6097 | WFNNB/Goodys<br>P.O. Box 2974<br>Shawnee Mission, KS 66201 | Washington Mutual/Providian<br>P.O. Box 9180<br>Pleasanton, CA 94566 |
| Zales/Citibank South Dakota<br>P.O. Box 9714<br>Gray, TN 37615 | eCAST Settlement Corporation<br>PO Box 35480<br>Newark NJ 07193-5480 | eCAST Settlement Corp assignee of GE Money Bank/BELK<br>POB 35480<br>Newark NJ 07193-5480 |
| eCAST Settlement Corp assignee of GE Money Bank/Banana Republic<br>POB 35480<br>Newark NJ 07193-5480 | eCAST Settlement Corp assignee of GE Money Bank/JCPenney Consumer<br>POB 35480<br>Newark NJ 07193-5480 | eCAST Settlement Corp assignee of GE Money Bank/Lowes Consumer<br>POB 35480<br>Newark NJ 07193-5480 |
| eCAST Settlement Corp assignee of HSBC Bank Nevada/HSBC Card Svcs<br>POB 35480<br>Newark NJ 07193-5480 | | |